IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 17-cv-01555-RBJ | Date: February 26, 2018 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JOHN SCHMIDT | *Daniel M. Combs* |
| | *Alison P. Lungstrum* |
| **Plaintiff** | |
| v. | |
| WELLS FARGO & COMPANY | *Michelle L. Gomez* |
| WELLS FARGO BANK NA | |
| WELLS FARGO CAPITAL FINANCE LLC | |
| GLOBAL ALTERNATIVE INVESTMENTS | |
| GLOBAL ALTERNATIVE INVESTMENT | |
| SERVICES INC | |
| **Defendants** | |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**
Court in Session: 8:59 a.m.

Appearance of counsel – all counsel appear via telephone.

Discussion held on discovery disputes.

**ORDERED:** **Documents, as discussed, that were attorney eyes only shall be produced so that the plaintiff may review them with his counsel. The identity of the other investors may be redacted.**

**Defendants' objection to bonus information is DENIED, the information shall be disclosed.**

**Corporate relationship between named defendants shall be produced.**

Court in Recess: 9:26 a.m.          Hearing concluded.          Total time in Court: 00:27