IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01555-RBJ

JOHN SCHMIDT,

    Plaintiff,

v.

WELLS FARGO & COMPANY;
WELLS FARGO BANK, N.A.;
WELLS FARGO CAPITAL FINANCE, LLC;
GLOBAL ALTERNATIVE INVESTMENTS,
a division of Wells Fargo Investments Institute, Inc.; and
GLOBAL ALTERNATIVE INVESTMENT SERVICES, INC.,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 44] of Judge R. Brooke Jackson entered on March 28, 2018, it is

ORDERED that Defendants' Motion to Dismiss [ECF No. 16] is GRANTED and the plaintiff's complaint and this case are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that judgment is entered in favor of the defendants and against the plaintiff. It is

FURTHER ORDERED that, as the prevailing party, the defendants are awarded their reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 28th day of March, 2018.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

            By: s/ J. Dynes
                    J. Dynes
                    Deputy Clerk