**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  17-cv-01555-RBJ

JOHN SCHMIDT,

    Plaintiff,

v.

WELLS FARGO & COMPANY,
WELLS FARGO BANK, N.A.,
WELLS FARGO CAPITAL FINANCE, LLC, and
GLOBAL ALTERNATIVE INVESTMENTS, a division of Wells Fargo Investments Institute, Inc.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 52(a)(1), the following Judgment is hereby entered.

Pursuant to the Order on Motion to Dismiss (Doc. 61), it is

ORDERED that judgment shall enter in favor of Defendant and against Plaintiff on Plaintiff's claim for promissory estoppel.  It is

FURTHER ORDERED that Defendants are awarded their costs to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

Dated at Denver, Colorado, this 31st day of October, 2018

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        s/C. Pearson

                        Deputy Clerk